UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL SUDNICK, et al., )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>DEPARTMENT of DEFENSE and )<br>JOHN A. SHAW )<br>)<br>    Defendants. )<br>                                     ) | Civil Action No.<br>06-00654 (ESH) |

## NOTICE OF ENTRY OF APPEARANCE

Please take notice that the following counsel enters his appearance on behalf of defendant Department of Defense in this matter:

    Judry L. Subar, Esq. (D.C. Bar No. 347518)
    U.S. Dept of Justice, Civil Division
    Federal Programs Branch, Rm. 7342
    20 Massachusetts Ave., N.W.
    Washington, D.C. 20530
    (202) 514-3969
    fax number: (202) 616-8470
    email address: judry.subar@usdoj.gov

                                                                        Respectfully submitted,

                                                                        PETER D. KEISLER
                                                                        Assistant Attorney General

                                                                        KENNETH L. WAINSTEIN
                                                                        United States Attorney

                                                                        ELIZABETH J. SHAPIRO
                                                                        Assistant Branch Director

                                                                           /s/
                                                                        JUDRY L. SUBAR (D.C. Bar No. 347518)
                                                                        U.S. Department of Justice, Civil Division
                                                                        Federal Programs Branch, Rm. 7342
                                                                        20 Massachusetts Avenue, N.W.
                                                                        Washington, DC 20530
                                                                        (202) 514-3969

                                                                        Attorneys for Defendant Dep't of Defense

CERTIFICATE OF SERVICE

The undersigned hereby certify that, in addition to serving the Notice of Appearance to which this certificate is attached by filing it electronically, the undersigned have made arrangements for the service of the Notice by first class mail on June 8, 2006, on one party to this action who has not yet entered an appearance in this action, at the following address:

    John Shaw
    3555 Hamlet Place
    Chevy Chase, Maryland 20815

                                                   /s/
                                       JUDRY L. SUBAR