CAPITOL PROCESS SERVICES, INC.
1827 18th Street, N.W.
Washington, D.C. 20009-5526
(202) 667-0050
Tax I.D. 52-2283731

04-19-2006

TIMOTHY B. MILLS, ESQUIRE
MAGGS & MCDERMOTT
910 17TH STREET, NW, SUITE 800
WASHINGTON, DC 20006



Daniel Sudnick v. Department of Defense, et al.

Case No. 1:06CV00654

Invoice No. 169273

Client Matter No. PRIVACY ACT COMPLAINT

---

SERVICE OF PROCESS
John A. Shaw, 3555 Hamlet Place, Chevy Chase, Maryland 20815
04-18-2006

| | |
|---|---:|
| COURIER SERVICE | $15.00 |
| SERVICE OF PROCESS | $70.00 |
| **AMOUNT PAID-** | $85.00 |
| **BALANCE DUE UPON RECEIPT-** | $0.00 |

Please write invoice no. 169273 on your check.

**Case Comments-**

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Daniel Sudnick

**SUMMONS IN A CIVIL CASE**

V.

Department of Defense and John A. Shaw, an individual

CASE ▶

CASE NUMBER   1:06CV00654

JUDGE: Ellen Segal Huvelle

DECK TYPE: FOIA/Privacy Act

DATE STAMP: 04/10/2006

TO: (Name and address of Defendant)

John A. Shaw
3555 Hamlet Place
Chevy Chase, MD 20815

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Timothy B. Mills
Maggs & McDermott
910 17th Street, N.W.; Suite 800
Washington, DC 20006

an answer to the complaint which is served on you with this summons, within __60__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                    APR 10 2006

CLERK                                          DATE

_Maureen Higgins_
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] * | DATE<br>04-18-06 at 6:24 p.m. |
| NAME OF SERVER *(PRINT)*<br>Scott Kucik | TITLE<br>Private Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: <u>3555 Hamlet Place, Chevy Chase, Maryland 20815.</u>

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

G  Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES<br>$85.00 | TOTAL<br>$85.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    05-05-06
                Date      *Signature of Server*

Capitol Process Services, Inc.
1827 18th Street, NW
Washington, DC 20009
(202) 667-0050

*Address of Server*

\*Notice of Right to Consent to Trial Before a United States Magistrate Judge and Initial Electronic Case Filing Order

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.