## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

DANIEL SUDNICK,                           *
                                          *
    Plaintiff                             *
                                          *
    v.                                    *    Civil Action No. 06-0654 (ESH
                                          *
DEPARTMENT OF DEFENSE and                 *
JOHN A. SHAW,                             *
                                          *
    Defendants                            *
                                          *
*    *    *    *    *    *    *

## [PROPOSED] ORDER

Upon Defendant Department of Defense's Motion for Extension of Time and Plaintiff's Opposition in Part thereto, it is hereby:

ORDERED that, in consideration of Plaintiff's non-opposition to Defendant Department of Defense being given the requested extension of time to file a responsive pleading to the Complaint, such request by Defendant Department of Defense' is GRANTED. Defendant Department of Defense shall have up to and including Friday, 21 July 2006 s to answer or otherwise respond to Plaintiff's Complaint; and

ORDERED that all other relief requested by Defendant Department of Defense as to any extension of time for Defendant John A. Shaw to answer or otherwise respond to Plaintiff's Complaint is DENIED. Defendant John A. Shaw's time to answer or otherwise respond to Plaintiff's complaint shall remain 19 June 2006.


DATED:                          _____

                                UNITED STATES DISTRICT JUDGE