UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL SUDNICK, et al., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | 06-00654 (ESH) |
| DEPARTMENT of DEFENSE and ) | |
| JOHN A. SHAW ) | |
| ) | |
| Defendants. ) | |
| ) | |

NOTICE OF CORRECTION

The Certificate of Service filed with the Reply in Support of Motion for Extension of Time filed on June 20, 2006, indicates, erroneously, that the date of service by mail of that Reply on John Shaw was June 8, 2006. The correct date of service is June 20, 2006.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

KENNETH L. WAINSTEIN
United States Attorney

ELIZABETH J. SHAPIRO
Assistant Branch Director

            /s/
JUDRY L. SUBAR (D.C. Bar No. 347518)
U.S. Department of Justice, Civil Division
Federal Programs Branch, Rm. 7342
20 Massachusetts Avenue, N.W.
Washington, DC  20530
(202) 514-3969
Attorneys for Defendant Dep't of Defense

CERTIFICATE OF SERVICE

    The undersigned hereby certify that, in addition to serving the Notice of Correction to which this certificate is attached by filing it electronically, the undersigned have made arrangements for the service of the Motion by first class mail on June 20, 2006, on one party to this action who has not yet entered an appearance in this action, at the following address:

    John Shaw
    3555 Hamlet Place
    Chevy Chase, Maryland 20815

                                            /s/
                                        JUDRY L. SUBAR