UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DANIEL SUDNICK, | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| v. | * | Civil Action No. 06-0654 (ESH |
| | * | |
| DEPARTMENT OF DEFENSE and | * | |
| JOHN A. SHAW, | * | |
| | * | |
| Defendants | * | |
| | * | |
| *   *   *   *   *   *   * | | |

**AFFIDAVIT IN SUPPORT OF DEFAULT**

I hereby certify under penalty of perjury, this 20th day of June 2006, that I am the attorney of record for the plaintiff in the above-entitled case; that the defendant John A. Shaw was personally served with process on 18 April 2006.

The authority for obtaining personal jurisdiction over the defendant served outside the District of Columbia is: D.C. Code Section 13-423(a)(1), (3) and (4).

I further certify under penalty of perjury that no appearance has been entered by said defendant(s) in this case; no pleading has been filed and none served upon the attorney for the plaintiff(s); no extension has been given and the time for filing has expired, that the defendant is neither an infant nor an incompetent person.

The Clerk is requested to enter a Default against said defendant John A. Shaw.

DATE:      20 June 2006                Respectfully submitted,


                                       _____/s/_____
                                       Timothy B. Mills  DC Bar #425209
                                       Maggs & McDermott LLC
                                       910 17th Street N.W., Suite 800
                                       Washington, D.C. 20006
                                       Telephone:  (202) 457-8090
                                       Attorneys for Plaintiff Daniel Sudnick

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that, in addition to serving the Affidavit in Support of Default (to which this certificate is attached) by filing it electronically, the undersigned has deposited a true and complete copy of same in the United States mail, first class postage pre-paid, on 20 June 2006, addressed as follows to the following party to this action who has not yet entered an appearance in this action:

    John Shaw
    3555 Hamlet Place
    Chevy Chase, Maryland 20815

                                                           _____/s/_____
                                                           TIMOTHY B. MILLS