# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DANIEL SUDNICK, | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| v. | * | Civil Action No. 06-0654 (ESH) |
| | * | |
| DEPARTMENT OF DEFENSE and | * | |
| JOHN A. SHAW, | * | |
| | * | |
| Defendants | * | |
| | * | |
| *   *   *   *   *   *   * | | |

## PROOF OF SERVICE

I hereby certify that, as evidenced by the U.S. Postal Service Certified Mail Receipts and Track & Confirm records attached hereto, a Summons and a copy of the Complaint filed in the above-entitled action were mailed by certified first-class mail to each of the following on 11 April 2006:

Department of Defense
1000 Defense Pentagon, Washington, DC 20301-1600
(Delivery Confirmed 17 April 2006 – *see* Exhibit 1 hereto at 1, 4-5);

Civil Process Clerk
United States Attorney's Office
for the District of Columbia
555 4th Street, N.W., Washington, DC 20530
(Return Receipt Signed 17 April 2006 – *see* Exhibit 1 hereto at 2, 4-5);

and

Attorney General of the United States
Office of the Attorney General
Department of Justice
950 Pennsylvania Avenue, N.W., Washington, DC 20532
(Return Receipt and Delivery Confirmed 17 April 2006 – *see* Exhibit 1 hereto at 3-5)

DATE:          22 June 2006               Respectfully submitted,


                                          _____/s/_____
                                          Timothy B. Mills  DC Bar #425209
                                          Maggs & McDermott LLC
                                          910 17th Street N.W., Suite 800
                                          Washington, D.C. 20006
                                          Telephone:  (202) 457-8090

                                          Attorneys for Plaintiff Daniel Sudnick

### CERTIFICATE OF SERVICE

        The undersigned hereby certifies that, in addition to serving the Proof of Service
(to which this certificate is attached) by filing it electronically, the undersigned has
deposited a true and complete copy of same in the United States mail, first class postage
pre-paid, on 22 June 2006, addressed as follows to the following party to this action who
has not yet entered an appearance in this action:

        John Shaw
        3555 Hamlet Place
        Chevy Chase, Maryland 20815


                                 _____/s/_____
                                 TIMOTHY B. MILLS