USPS - Track & Confirm                                                                 Page 1 of 1


**UNITED STATES POSTAL SERVICE**

Home | Help

Track & Confirm

# Track & Confirm

### Search Results

Label/Receipt Number: 7005 1820 0000 5200 2400
Detailed Results:
- Delivered, April 17, 2006, 7:28 am, WASHINGTON, DC 20310
- Notice Left, April 16, 2006, 3:20 am, WASHINGTON, DC 20310
- Arrival at Unit, April 16, 2006, 3:06 am, WASHINGTON, DC 20022

< Back                   Return to USPS.com Home >

**Track & Confirm**
Enter Label/Receipt Number.

### Notification Options

Track & Confirm by email
Get current event information or updates for your item sent to you or others by email.   Go >

POSTAL INSPECTORS    site map   contact us   government services   jobs   **National & Premier Accounts**
Preserving the Trust          Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy

1.83
2.40
1.85
6.08

Department of Defense
1000 Defense Pentagon
Washington DC 20301-1600

7005 1820 0000 5200 2400

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelDetail.do                         5/12/2006

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br>US ATTORNEY FOR DC<br>CIVIL DIVISION<br>ATTN: CIVIL PROCESSING CLERK<br>555- 4th ST, NW<br>WASHINGTON, DC 20350 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered    ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) | 7005 1820 0000 5200 2424 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540



Certified Mail Receipt — Postage $1.83, Certified Fee $2.40, Return Receipt Fee $1.85, Total $6.08. Sent to: US Attorney for DC Civil Division, 555 4th Street, N.W., Washington DC 20350.

# Track & Confirm

## Search Results

Label/Receipt Number: 7005 1820 0000 5200 2417
Status: Delivered

Your item was delivered at 4:37 am on April 17, 2006 in WASHINGTON, DC 20530. The item was signed for by D DANTZLER. A proof of delivery record may be available through your local Post Office for a fee.

Additional information for this item is stored in files offline.

 

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired. ■ Print your name and address on the reverse so that we can return the card to you. ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature   X _____   ☐ Agent  ☐ Addressee |
| | B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:  US ATTORNEY GENERAL  950 PENNSYLVANIA AVE, NW  WASHINGTON, DC  20532 | D. Is delivery address different from item 1? ☐ Yes   If YES, enter delivery address below: ☐ No |
| | 3. Service Type  ☐ Certified Mail  ☐ Express Mail  ☐ Registered  ☐ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label)   7005 1820 0000 5200 2417 | |
| PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540 | |

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### District of Columbia

Daniel Sudnick

**SUMMONS IN A CIVIL CASE**

V.

Department of Defense and John A. Shaw, an individual

CASE NUMBER  1:06CV00654

JUDGE: Ellen Segal Huvelle

DECK TYPE: FOIA/Privacy Act

DATE STAMP: 04/10/2006

TO: (Name and address of Defendant)

Department of Defense
1000 Defense Pentagon
Washington, DC 20301

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Timothy B. Mills
Maggs & McDermott
910 17th Street, N.W.; Suite 800
Washington, DC 20006

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                    APR 10 2006

CLERK                                         DATE

(By) DEPUTY CLERK

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

DANIEL SUDNICK, *
~~c/o Timothy B. Mills~~ 5636 GUNNER RUN RD *
~~Maggs & McDermott~~ CHURCHTON, MD 20733 *
~~910 17th Street, N.W.~~ *
~~Washington, DC 20006~~ *
　*
Plaintiff *
　*
v. * Civil Action No.
　*
DEPARTMENT OF DEFENSE * **COMPLAINT**
1000 Defense Pentagon *
Washington, DC 20301 * **DEMAND FOR JURY TRIAL**
　*
Defendant *
　*
*  *  *  *  *  * *
　*
DANIEL SUDNICK, *
　*
Plaintiff *
　*
v. *
　*
JOHN A. SHAW, *
In His Individual Capacity *
3555 Hamlet Place *
Chevy Chase, Maryland 20815 *
　*
Defendants *
　*
*  *  *  *  *  * *

CASE NUMBER 1:06CV00654
JUDGE: Ellen Segal Huvelle
DECK TYPE: FOIA/Privacy Act
DATE STAMP: 04/10/2006

## COMPLAINT

The Plaintiff brings this action for injunctive, declaratory and monetary relief pursuant to the Privacy Act of 1974, 5 U.S.C. § 552a *et seq.* and the Federal Declaratory Judgment Act, 28 U.S.C. § 2201.

### Jurisdiction