USPS - Track & Confirm

 **UNITED STATES POSTAL SERVICE®**

Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7005 1820 0000 5200 2400**
Detailed Results:

- **Delivered, April 17, 2006, 7:28 am, WASHINGTON, DC 20310**
- Notice Left, April 16, 2006, 3:20 am, WASHINGTON, DC 20310
- Arrival at Unit, April 16, 2006, 3:06 am, WASHINGTON, DC 20022

( < Back )              ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

---

**Notification Options**

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.  ( Go > )

---

POSTAL INSPECTORS       site map    contact us   government services   Jobs   **National & Premier Accounts**
Preserving the Trust                 Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy



Certified Fee    1.83
Certified Fee    2.40
Return Receipt    1.85
Restricted Delivery Fee

Total Postage & Fees    6.08

Sent To
Department of Defense
1000 Defense Pentagon
Washington DC. 20301-1600

**SENDER:** *COMPLETE THIS SECTION*

- ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X _____  ☐ Agent
                            ☐ Addressee

B. Received by *( Printed Name)*    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

1. Article Addressed to:

US ATTORNEY FOR DC
CIVIL DIVISION
ATTN: CIVIL PROCESSING
                          CLERK
555- 4ᵗʰ ST, NW
WASHINGTON, DC 20350

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*      ☐ Yes

2. Article Number
   *(Transfer from service label)*      7005 1820 0000 5200 2424

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540



U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

Postage    $   1.83
Certified Fee    2.40
Return Receipt Fee
(Endorsement Required)   1.85          Postmark
                                       Here
Restricted Delivery Fee
(Endorsement Required)

Total Postage & Fees   $   6.08

Sent To
US Attorney for DC Civil Division
Street, Apt. No.;
or PO Box No.   555 4th Street, N.W.
City, State, ZIP+4
Washington, DC   20350

PS Form 3800, June 2002          See Reverse for Instructions

Civil Action No

# Track & Confirm

## Search Results

Label/Receipt Number: **7005 1820 0000 5200 2417**
Status: Delivered

Your item was delivered at 4:37 am on April 17, 2006 in WASHINGTON,
DC 20530. The item was signed for by D DANTZLER. A proof of delivery
record may be available through your local Post Office for a fee.

Additional information for this item is stored in files offline.

  

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired. ■ Print your name and address on the reverse so that we can return the card to you. ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature  X | ☐ Agent ☐ Addressee |
| | B. Received by *(Printed Name)* | C. Date of Delivery |
| 1. Article Addressed to: <br><br> *US ATTORNEY GENERAL* <br> *950 PENNSYLVANIA AVE, NW* <br> *WASHINGTON, DC* <br> *20530* | D. Is delivery address different from item 1?  ☐ Yes <br> If YES, enter delivery address below:  ☐ No | |
| | 3. Service Type <br> ☐ Certified Mail  ☐ Express Mail <br> ☐ Registered  ☐ Return Receipt for Merchandise <br> ☐ Insured Mail  ☐ C.O.D. | |
| | 4. Restricted Delivery? *(Extra Fee)*  ☐ Yes | |
| 2. Article Number *(Transfer from service label)* | 7005 1820 0000 5200 2417 | |

PS Form 3811, February 2004        Domestic Return Receipt                    102595-02-M-1540

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Daniel Sudnick

**SUMMONS IN A CIVIL CASE**

V.

Department of Defense and John A. Shaw,
an individual

CASE NUMBER   1:06CV00654

JUDGE: Ellen Segal Huvelle

DECK TYPE: FOIA/Privacy Act

DATE STAMP: 04/10/2006

TO: (Name and address of Defendant)

Department of Defense
1000 Defense Pentagon
Washington, DC 20301

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Timothy B. Mills
Maggs & McDermott
910 17th Street, N.W.; Suite 800
Washington, DC 20006

an answer to the complaint which is served on you with this summons, within _____60_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                    APR 10 2006

CLERK                                         DATE

(By) DEPUTY CLERK

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

DANIEL SUDNICK ,                                        \*
~~c/o Timothy B. Mills~~ *5636  GUNNER RUN RD* \*
~~Maggs & McDermott~~*CHURCHTON, MD 20733* \*
~~910 17th Street, N.W.~~                              \*
~~Washington, DC 20006~~                              \*
                                                       \*
    Plaintiff                      \*
                                                       \*
    v.                             \*    Civil Action No.
                                                       \*
DEPARTMENT OF DEFENSE                                  \*    **COMPLAINT**
1000 Defense Pentagon                                 \*
Washington, DC 20301                                  \*    **DEMAND FOR JURY TRIAL**
                                                       \*
    Defendant                      \*
                                                       \*
\*    \*    \*    \*    \*    \*                          \*
                                                       \*    CASE NUMBER  1:06CV00654
DANIEL SUDNICK,                                        \*
                                                       \*    JUDGE: Ellen Segal Huvelle
    Plaintiff                      \*
                                                       \*    DECK TYPE: FOIA/Privacy Act
    v.                             \*
                                                       \*    DATE STAMP: 04/10/2006
JOHN A. SHAW,                                          \*
In His Individual Capacity                            \*
3555 Hamlet Place                                     \*
Chevy Chase, Maryland 20815                           \*
                                                       \*
    Defendant $\varsigma$          \*
                                                       \*
\*    \*    \*    \*    \*    \*                          \*

## COMPLAINT

The Plaintiff brings this action for injunctive, declaratory and monetary relief

pursuant to the Privacy Act of 1974, 5 U.S.C. § 552a *et seq.* and the Federal Declaratory

Judgment Act, 28 U.S.C. § 2201.

### Jurisdiction