UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL SUDNICK, *et al.*, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | 06-00654 (ESH) |
| DEPARTMENT OF DEFENSE and ) | |
| JOHN A. SHAW, ) | |
| ) | |
| Defendants. ) | |

### MOTION TO SET ASIDE ENTRY OF DEFAULT

Defendant, John A. Shaw, hereby moves, *pro se*, for an order setting aside the entry of default against him in this matter. Fed. R. Civ. P. 55(c) ("[f]or good cause shown, the court may set aside an entry of default . . . ."). In support of this motion, Defendant informs the Court of the following:

1. At all relevant times, Defendant was employed as the Deputy Undersecretary of Defense for International Technology Security, and, in the execution of that office, was also assigned the title of Director, International Armament and Technology Trade ("IATT") in the Office of the Inspector General.

2. The claims against Defendant arise from actions allegedly taken by him during his tenure as Deputy Undersecretary of Defense and/or Director, IATT. Accordingly, after being served with the Complaint, Defendant,

**RECEIVED**

JUN 2 2 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

through the Department of Defense's Office of General Counsel ("OGC") requested representation from the Department of Justice.

3. In response to his request, Defendant learned from OGC that the appropriate legal procedure would be for the Department of Justice to move this Court to substitute the United States for the Defendant. Moreover, OGC informed the Defendant that it had requested that the Department of Justice file such a motion and that this motion would be filed before the deadline for answering the Complaint. In addition, Defendant was informed that OGC had filed a Motion for an Extension of Time to respond to the Complaint on his behalf.

4. On Tuesday, June 20, 2006, this Court denied the Motion for Extension of Time as to this Defendant.

5. On Wednesday, June 21, 2006, Defendant learned that the Motion for Extension had been denied. Additionally, that same day, OGC informed the Defendant that no decision had been made as to when the Department of Justice might file a motion to substitute parties, despite its prior representations to him indicating that a motion to substitute would be filed before a response to the Complaint was due. Moreover, OGC suggested that the Defendant retain his own attorney to represent him in this matter.

6. On Wednesday, June 21, 2006, Plaintiff moved for an entry of default, which was granted by the Clerk of this Court.

7. By virtue of the fact that the allegations in the Complaint concern actions Defendant may have taken during his tenure as Deputy Undersecretary of

Defense and/or Director, IATT, Defendant believed that the Department of Justice and/or the Department of Defense would represent him in this matter. As such, he did not retain his own attorney to file his own motion for an extension of time to respond to the complaint.

Based on the foregoing, Defendant respectfully requests that this Court set aside the entry of default and allow Defendant until at least July 21, 2006, to ascertain competent legal counsel and to respond to the Complaint by an answer or motion presenting affirmative defenses, such as immunity.

Respectfully submitted:

_____
JOHN A. SHAW
3555 Hamlet Place
Chevy Chase, Maryland 20815

3

## CERTIFICATE OF SERVICE

I certify that I have served copies of this Motion, via first-class mail, upon the following:

Daniel Sudnick:
c/o Timothy B. Mills, Esq.
Maggs and McDermott
910 17th Street, N.W.
Washington, D.C. 20006

Judry L. Subar
U.S. Department of Justice
Federal Programs Branch
Room 7342
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530

_____
JOHN A. SHAW
3555 Hamlet Place
Chevy Chase, Maryland 20815