UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL SUDNICK, *et al.*, )<br>)<br>Plaintiff, )<br>)<br>)<br>)<br>v. )<br>)<br>DEPARTMENT OF DEFENSE and )<br>JOHN A. SHAW, )<br>)<br>Defendants. )<br>_____ ) | Civil Action No.<br>06-00654 (ESH) |

## ORDER

Upon consideration of Defendant John A. Shaw's Motion to Vacate the Entry of Default, it is hereby

ORDERED that the motion is granted, and it is further

ORDERED that the defendant's time to answer, move, or otherwise respond to plaintiff's Complaint is extended until _____, 2006.

Dated:  _____
JUDGE ELLEN S. HUVELLE
UNITED STATES DISTRICT JUDGE