**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| DANIEL SUDNICK, | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| v. | * | Civil Action No. 06-0654 (ESH |
| | * | |
| DEPARTMENT OF DEFENSE and | * | |
| JOHN A. SHAW, | * | |
| | * | |
| Defendants | * | |
| | * | |

\*   \*   \*   \*   \*   \*   \*

## [PROPOSED] ORDER

Upon Defendant John A. Shaw's Motion to Set Aside Clerk's Entry of Default and Plaintiff's Opposition thereto, it is hereby:

ORDERED that Defendant Shaw's motion to set aside the Clerk's Entry of Default against him is DENIED, and that such denial shall be with prejudice; and

FURTHER ORDERED that Plaintiff Daniel Sudnick may proceed to move for entry of default judgment in Plaintiff's favor against Defendant Shaw.

DATED: ___ July 2006        _____
                            UNITED STATES DISTRICT JUDGE