Shaw explains that he thought he need not do anything more than he did, until after his time to respond to the Complaint had passed.  He says that the fact that he is being sued about events that began while he was employed by the Defense Department led him to believe that the government would represent him in this matter.  Whether or not that belief was reasonable,[5] Shaw seems at least to have had a subjective belief that he did not need to take further action to protect his interests.  This should be enough to demonstrate that Shaw did not choose to default in this case.  Indeed, the fact that within two days after entry of the default, and less than a week after the deadline for responding to the Complaint had passed, Shaw took action to protect his interests by filing the present motion, indicates that he had no intention of simply ignoring plaintiffs' claims against him.

ii.  Plaintiff does not appear to have identified any actual prejudice to him flowing from a lifting of the default.  Without citing authority in this regard, he asserts in his opposition to Shaw's motion that this is a case in which time is of the essence.  Plaintiff waited several years after the dates on which he alleges Shaw committed torts against him before filing his lawsuit.  See Complaint ¶ 16.  Under those circumstances, having to litigate this case on its merits before obtaining relief would hardly seem to constitute prejudice.  See Pratt v. Philbrook, 109 F.3d 18, 22 (1st Cir. 1997) (rejecting notion that "prejudice" for purposes of deciding whether to reopen case includes "hav[ing] a case reopened after it has been closed

---

[5] In this regard, the undersigned note that the Defense Department's Motion for Extension of Time, which was served on Shaw on June 8, 2006, expressly noted that the Justice Department did not, at that time, represent him, although an extension of his time was, in fact, sought in that motion.  Docket Entry 3.  Further, while Shaw says in the present motion that representations were made to him by Defense Department personnel that a response to the Complaint would be made on his behalf before the deadline for such a response, the government does not intend by this filing to make any concessions in this regard.