UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL SUDNICK, )<br>)<br>Plaintiff, )<br>)<br>)<br>)<br>v. )<br>)<br>DEPARTMENT OF DEFENSE and )<br>JOHN A. SHAW, )<br>)<br>Defendants. )<br>_____) | Civil Action No.<br>06-00654 (ESH) |

UNOPPOSED MOTION FOR EXTENSION OF TIME

Defendant John A. Shaw, through undersigned counsel, hereby moves for an extension of time to answer or otherwise respond to plaintiff's Complaint from the current due date of Friday, July 21, 2006 to a requested due date of Monday, July 31, 2006. Counsel for plaintiff and for the United States have indicated that they do not oppose Dr. Shaw's request.

Based on the foregoing, defendant respectfully requests that this Court extend Dr. Shaw's time to answer or otherwise respond to plaintiff's Complaint until July 31, 2006. A proposed order is attached.

                    Respectfully submitted,

                    AEGIS LAW GROUP LLP


By:        /s/ Paul Rauser
                    Paul C. Rauser (D.C. Bar No. 461722)
                    901 F Street, N.W., Suite 500
                    Washington, D.C. 20004
                    T: 202-737-3500
                    F: 202-737-3330

July 20, 2006              *Attorneys for Defendant John A. Shaw*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL SUDNICK, )<br>)<br>Plaintiff, )<br>)<br>)<br>)<br>v. )<br>)<br>DEPARTMENT OF DEFENSE and )<br>JOHN A. SHAW, )<br>)<br>Defendants. )<br>_____ ) | Civil Action No.<br>06-00654 (ESH) |

PROPOSED ORDER

Upon consideration of Defendant John A. Shaw's Unopposed Motion for an Extension of Time, it is hereby

ORDERED that the motion is granted, and it is further

ORDERED that the defendant's time to answer, move, or otherwise respond to plaintiff's Complaint is extended up to and including July 31, 2006.

Dated: _____  
_____  
JUDGE ELLEN S. HUVELLE  
UNITED STATES DISTRICT JUDGE