UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DANIEL SUDNICK, et al., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. |
| | ) | 06-00654 (ESH) |
| DEPARTMENT of DEFENSE and | ) | |
| JOHN A. SHAW | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

UNOPPOSED MOTION FOR CONTINUANCE

Defendant, the Department of Defense hereby moves, through undersigned counsel, for an order granting a continuance of the Initial Scheduling Conference set in this matter for August 16, 2006, to one of the following three dates: September 12, 2006; September 13, 2006; or September 14, 2006. In support of this motion, the undersigned inform the Court as follows:

1. Due to previously made plans, counsel for the Department of Defense has a scheduling conflict on August 16, the date originally set by the Court for the Initial Scheduling Conference in this matter.

2. The undersigned have conferred with counsel for plaintiff, and for defendant John Shaw, who have informed the undersigned that they do not object to the requested continuance, and that they are available on any of the three dates proposed above.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

KENNETH L. WAINSTEIN
United States Attorney

ELIZABETH J. SHAPIRO
Assistant Branch Director

_____/s/_____
JUDRY L. SUBAR (D.C. Bar No. 347518)
U.S. Department of Justice, Civil Division
Federal Programs Branch, Rm. 7342
20 Massachusetts Avenue, N.W.

Washington, DC  20530
(202) 514-3969
Attorneys for Defendant Dep't of Defense

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DANIEL SUDNICK, <u>et al</u>.,    )
    )
    Plaintiff,    )
    )
    v.    )    Civil Action No.
    )    06-00654 (ESH)
DEPARTMENT of DEFENSE and    )
JOHN A. SHAW    )
    )
    Defendants.    )
_____)

<u>ORDER</u>

Upon defendant Department of Defense's Unopposed Motion for Continuance, it is hereby

ORDERED that the motion is granted, and it is further

ORDERED that the Initial Scheduling Conference in this matter is scheduled to be held on September ____, 2006, at __:__ _M.


Dated:                                    _____
                                        UNITED STATES DISTRICT JUDGE