UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DANIEL SUDNICK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| v. | ) | Civil Action No. |
| | ) | 06-00654 (ESH) |
| DEPARTMENT OF DEFENSE and | ) | |
| JOHN A. SHAW, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**DEFENDANT JOHN A. SHAW'S MOTION TO DISMISS**

Defendant John A. Shaw, by and through undersigned counsel, respectfully moves the Court to dismiss Counts Four (Defamation), Five (False Light Invasion of Privacy), Six (Intentional Infliction of Emotional Distress) and Seven (Negligent Infliction of Emotional Distress) of the Complaint under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) for lack of subject matter jurisdiction and for failure to state claims upon which relief can be granted, for the following reasons; *first*, Counts Four through Seven are barred by the applicable statute of limitations; and *second*, even if plaintiff's claims had been brought within the statute of limitations (and they were not), Dr. Shaw possesses absolute immunity from those claims under the Westfall Act, 28 U.S.C. § 2679, because they allege torts committed within the scope of his employment as Deputy Undersecretary of Defense.

A Memorandum in Support and Proposed Order are attached.

      Respectfully submitted,

      AEGIS LAW GROUP LLP

    By:  _____/s/ Paul Rauser_____
      Paul C. Rauser (D.C. Bar No. 461722)
      901 F Street, N.W., Suite 500
      Washington, D.C. 20004
      T: 202-737-3500
      F: 202-737-3330

July 31, 2006      *Attorneys for Defendant John A. Shaw*