UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DANIEL SUDNICK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. |
| | ) | 06-00654 (ESH) |
| DEPARTMENT OF DEFENSE and | ) | |
| JOHN A. SHAW, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

PROPOSED ORDER

Upon consideration of Defendant John A. Shaw's Motion to Dismiss, it is hereby

ORDERED that the motion is granted, and it is further

ORDERED that Counts Four, Five, Six, and Seven of the Complaint are dismissed pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) for lack of subject matter jurisdiction and failure to state a claim, and it is further

ORDERED that defendant John A. Shaw be and hereby is dismissed as a party defendant to this action.

Dated: _____    _____
JUDGE ELLEN S. HUVELLE
UNITED STATES DISTRICT JUDGE