UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DANIEL SUDNICK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. |
| | ) | 06-00654 (ESH) |
| DEPARTMENT of DEFENSE and | ) | |
| JOHN A. SHAW | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**DECLARATION OF PLAINTIFF'S COUNSEL TIMOTHY B. MILLS
IN SUPPORT OF PLAINTIFF'S UNOPPOSED MOTION FOR
RECONSIDERATION OF DISMISSAL OF CLAIMS AGAINST
DEFENDANT JOHN A. SHAW**

I, TIMOTHY B. MILLS, for my declaration pursuant to 28 U.S.C. 1746, state as follows:

1.      I am a partner with the law firm of Maggs & McDermott, LLC, Washington,

D.C., am an attorney admitted to practice before this Court, and am counsel for Plaintiff Daniel

Sudnick in the above-captioned case.

2.      I have personal knowledge of the facts stated herein.

3.      On 21 July 2006, counsel for Defendant Shaw entered his appearance. Prior to

entering his appearance, counsel for Defendant Shaw requested counsel for Plaintiff to agree to

an extension of time through 31 July 2006 to file and serve a motion to dismiss responsive to the

Complaint.  I, as counsel for Plaintiff agreed to Defendant Shaw's motion seeking the extension.

The Court gave effect to the agreed-upon extended due date of 31 July 2006 by entering the

order on the agreed motion.

4.      On 25 July 2006, counsel for the parties initially conferred to set a date for the

parties' Rule 26(j) conference. Although the parties first agreed that the Rule 26(j) conference

should take place on Friday, 28 July 2006, the parties subsequently postponed the Rule 26(j)

conference to the morning of Friday, 11 August 2006.

5       On 31 July 2006, Defendant Shaw, through counsel, filed and served the subject

motion to dismiss.

6.      The Rule 26(j) conference was held as scheduled on the morning of Friday, 11

August 2006 by telephone conference call, with counsel for Plaintiff in Baghdad, Iraq and

counsel for defendants in Washington, D.C. During the Rule 26(j) conference, counsel for

Plaintiff requested and received agreement of counsel for each defendant to an extension of time

through and including 25 August 2006 for Plaintiff to file and serve Plaintiff's opposition

memorandum to Defendant Shaw's motion. Counsel for Defendant Shaw requested and

received agreement from counsel for Plaintiff Shaw and Defendant Department of Defense to an

extension of time through 19 September 2006 for Defendant Shaw to file his reply to Plaintiffs'

opposition.

7.      On 14 August 2006, counsel from Department of Justice further conferred with

Plaintiff's counsel concerning a matter that has the potential to bear on Defendant Shaw's then-

impending motion to dismiss.

8.      As of 17 August 2006, I was in the process of preparing an unopposed motion to

advise the Court of the parties' agreement to the extended briefing schedule pertaining to

Defendant Shaw's motion to dismiss and a proposed order thereon for the Court's consideration.

9.      After learning of the Court's granting of Defendant Shaw's motion as conceded,

on 18 August 2006, I conferred with counsel for Defendant Shaw to ascertain whether counsel

for Defendant Shaw would oppose Plaintiff's present motion for reconsideration.  Counsel for

Defendant Shaw stated that Defendant Shaw does not oppose the motion to the extent that

Plaintiff is seeking to lift the dismissal and re-open the briefing schedule per the earlier

agreement of all parties to allow Plaintiff additional time to oppose the motion to dismiss and

Defendant Shaw the agreed additional time to reply to the opposition.  Counsel for Defendant

Shaw asked that it be made clear to the Court that there is no agreement by any of the parties

(nor is there any contention by Plaintiff) that Defendant Shaw's motion to dismiss has been

withdrawn.

        10.     Also on 18 August 2006, I initiated conference by e-mail with counsel for

Defendant Department of Defense to determine whether such defendant would oppose this

motion.  As of 23 August 2006, I received the Department of Defense's response that Defendant

Department of Defense takes no position as to this motion.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:  23 August 2006
Washington, D.C.


               /s/ Timothy B. Mills