UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL SUDNICK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | 06-00654 (ESH) |
| DEPARTMENT OF DEFENSE and ) | |
| JOHN A. SHAW, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## [PROPOSED] ORDER

Upon consideration of Plaintiff Daniel Sudnick's unopposed motion for reconsideration of the Court granting Defendant John A. Shaw's motion to dismiss Plaintiff's claims against Defendant Shaw as conceded, it is hereby:

ORDERED that the motion is granted, and it is

FURTHER ORDERED that Plaintiff's claims are reinstated; and

FURTHER ORDERED that Plaintiff's time to file and serve a memorandum in opposition to Defendant Shaw's motion to dismiss is extended up to and including 25 July 2006, and Defendant Shaw's time to file and serve a reply to Plaintiff's opposition memorandum is extended up to and including 19 September 2006.

Dated: ___ August 2006

_____
JUDGE ELLEN S. HUVELLE
UNITED STATES DISTRICT JUDGE