UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DANIEL SUDNICK, et al.,          )
                                 )
            Plaintiff,           )
                                 )
        v.                       )          Civil Action No.
                                 )          06-00654 (ESH)
DEPARTMENT of DEFENSE and        )
JOHN A. SHAW,                    )
                                 )
            Defendants.          )
_____)

**RESPONSE OF GOVERNMENT TO MOTION FOR RECONSIDERATION**

Plaintiff has filed a motion asking the Court to reconsider its Order of August 17, 2006, in which it granted a motion to dismiss filed by defendant John A. Shaw. In the reconsideration motion, plaintiff correctly informs the Court that the government takes no position on plaintiff's motion. The government files the present response to provide clarification of one point made by plaintiff in the papers supporting his motion.

Plaintiff recites that on August 14, 2006, counsel for the government had informed plaintiff's counsel of the intention of the Department of Justice to move to substitute the United States for defendant Shaw pursuant to the Westfall Act, 28 U.S.C. § 2679, on the basis of a certification of Shaw as having acted within the scope of his employment.[1] While this statement is accurate as far as it goes, the undersigned note that, as plaintiff's counsel was informed in the course of the August 23, 2006 discussion among counsel that is referenced in plaintiff's papers,

_____

[1] As far as the undersigned are aware, the communication that occurred between plaintiff's counsel and Department of Justice counsel during the week of August 13 was, as far as the undersigned know, by e-mail. The undersigned do not know what telephonic communication of August 14 to which plaintiff intends to refer in his papers, although the undersigned do not believe the nature of that communication has a bearing on plaintiff's reconsideration motion.

the government does not intend to file an unlimited Westfall Act certification, and does not intend to file any Westfall Act substitution motion at all until (and unless) the Court grants plaintiff's reconsideration motion.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

KENNETH L. WAINSTEIN
United States Attorney

ELIZABETH J. SHAPIRO
Assistant Branch Director

_____/s/_____
JUDRY L. SUBAR (D.C. Bar No. 347518)
U.S. Department of Justice, Civil Division
Federal Programs Branch, Rm. 7342
20 Massachusetts Avenue, N.W.
Washington, DC  20530
(202) 514-3969

Attorneys for Defendant Dep't of Defense