UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DANIEL SUDNICK, et al.,           )
                                  )
        Plaintiff,                )
                                  )
        v.                        )          Civil Action No.
                                  )          06-00654 (ESH)
DEPARTMENT of DEFENSE and         )
JOHN A. SHAW,                     )
                                  )
        Defendants.               )
_____)

**MOTION OF THE UNITED STATES TO SUBSTITUTE AND TO DISMISS**

Defendant the United States hereby moves, through undersigned counsel, for an order substituting it in place of defendant John A. Shaw, pursuant to the Federal Employees Liability Reform and Tort Compensation Act of 1988, commonly known as the Westfall Act, 28 U.S.C. § 2679, to the extent of the certification filed herewith as Exhibit A. The United States further moves for an order dismissing the tort claims asserted against defendant Shaw insofar as those claims are deemed claims against the United States, on the ground that the Court lacks jurisdiction over those claims. The bases for this motion are set forth in the Memorandum of Law filed with the motion, to which the Court is respectfully referred.

Pursuant to Rule 7(m) of the Local Rules of this Court, the undersigned inform the Court as follows. That rule requires that a conference be held with opposing counsel before the filing of non-dispositive motions. Although it is not entirely clear whether the rule applies to the aspect of this motion seeking substitution, the undersigned conferred with counsel for plaintiff, who has reserved the right to oppose substitution. Further, the undersigned conferred with counsel for defendant Shaw, who indicated that he does not intend to oppose the substitution

motion.

          Respectfully submitted,

          PETER D. KEISLER
          Assistant Attorney General

          KENNETH L. WAINSTEIN
          United States Attorney

          ELIZABETH J. SHAPIRO
          Assistant Branch Director

          /s/
          JUDRY L. SUBAR (D.C. Bar No. 347518)
          U.S. Department of Justice, Civil Division
          Federal Programs Branch, Rm. 7342
          20 Massachusetts Avenue, N.W.
          Washington, DC 20530
          (202) 514-3969

          Attorneys for Defendants Dep't of Defense
          and the United States