# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL SUDNICK, <u>et al.</u>,    )<br>   )<br>    Plaintiff,    )<br>   )<br>      v.    )<br>   )<br>DEPARTMENT of DEFENSE and    )<br>JOHN A. SHAW    )<br>   )<br>    Defendants.    )<br>_____) | Civil Action No.<br>06-00654 (ESH) |

CERTIFICATION

I, Phyllis J. Pyles, Director, Torts Branch, Civil Division, United States Department of

Justice, acting pursuant to the provisions of 28 U.S.C. § 2679(d)(1), and by virtue of the authority

vested in me by the Appendix to 28 C.F.R. § 15.3 (Civil Division Directive No. 90-79), hereby

certify that I have read the Complaint in the above-captioned case.  On the basis of the

information now available with respect to the allegations contained therein, I hereby certify that

John A. Shaw was acting within the scope of his employment as an employee of the United

States at the time of the incidents that occurred during his term of employment at the Department

of Defense from August 2001 until December 2004.

Dated: August 11 , 2006

PHYLLIS J. PYLES
Director, Torts Branch
Civil Division