UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DANIEL SUDNICK, et al., )
)
    Plaintiff, )
)
    v. )     Civil Action No.
)     06-00654 (ESH)
DEPARTMENT of DEFENSE and )
JOHN A. SHAW )
)
    Defendants. )
_____)

## ORDER

Upon the motion of the United States to substitute and to dismiss, it is hereby

ORDERED that the motion is granted, and it is further

ORDERED that as to each and every claim in this matter asserted against John Shaw relating to incidents that occurred during the term of John Shaw's employment by the United States Department of Defense from August 2001 through December 2004, the United States is substituted as a defendant in place of Shaw, and it is further

ORDERED that each and every claim asserted in plaintiff's Complaint against John Shaw, as to which the United States is made a defendant pursuant to the preceding paragraph, is deemed a claim against the United States pursuant to 28 U.S.C. § 2679(d)(1), and it is further

ORDERED that each and every claim asserted in plaintiff's Complaint against John Shaw, as to which the United States is made a defendant, is dismissed on the ground that this Court lacks jurisdiction over each such claim.

Dated:                                                          _____
                                                                UNITED STATES DISTRICT JUDGE