UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL SUDNICK, | ) |
|    Plaintiff, | ) |
|      v. | ) Civil Action No. |
| | ) 06-00654 (ESH) |
| DEPARTMENT of DEFENSE and JOHN A. SHAW | ) |
|    Defendants. | ) |

**PLAINTIFF'S MEMORANDUM OF NON-OPPOSITION TO SUBSTITUTION OF THE UNITED STATES FOR DEFENDANT JOHN A. SHAW AS TO PLAINTIFFS CLAIMS MADE AGAINST DEFENDANT SHAW IN THE COMPLAINT AND DISMISSAL OF SUCH CLAIMS FOR FAILURE TO EXHAUST FTCA ADMINSTRATIVE CLAIMS PROCEDURE**

COMES NOW Plaintiff, by counsel, to respectfully state to the Court that Plaintiff does not oppose the substitution of the United States for Defendant John A. Shaw (in his individual capacity) as to the claims presently asserted in the Complaint against Defendant Shaw in his individual capacity (the "Shaw Claims").

In light of the foregoing, Plaintiff agrees the Defendant Department of Defense that it is proper for the Court to dismiss Plaintiff's presently-stated Shaw Claims on the grounds of absence of jurisdiction owing to Plaintiff not having exhausted the administrative claims procedure under the Federal Tort Claims Act.

Notwithstanding, Plaintiff takes exception to the wording of Defendant DoD's proposed order, in that the proposed language is ambiguous in certain respects, and, thus, has the potential to reach beyond the matters at issue.

Accordingly, Plaintiff submits that the language of the proposed order should be amended as follows (amended text indicated by <u>underline</u> (proposed new text) or ~~strikethrough~~: (proposed deleted text)):

**Third paragraph**:

ORDERED that as to each and every claim in this matter asserted against John Shaw <u>in the Complaint</u> related to incidents that occurred during the term of John Shaw's employment by the United States Department of Defense from August 2001 through December 2004, the United States is substituted as a defendant in place of Shaw, and it is further

**Fifth paragraph:**

ORDERED that each and every claim asserted in plaintiff's Complaint against John Shaw, as to which the United States is made a defendant, is dismissed on the ground that this Court lacks subject matter jurisdiction over each such claim <u>because Plaintiff has not exhausted the administrative claims process under the Federal Tort Claims Act</u>.

**New Sixth paragraph:**

<u>Plaintiff is granted leave to file an amended complaint within 30 days to state claims against Defendant Shaw that are not subject to Westfall Act certification and substitution.</u>

As noted in Plaintiff's opposition to Defendant Shaw's motion to dismiss, given such pending dismissal of Shaw Claims, Plaintiff believes Plaintiff nevertheless has *Bivens* and 42 U.S.C. 1985 claims that can be asserted against Defendant Shaw that cannot be made the subject

of Westfall Act immunity or substitution, and for which no claim can be made that the statute of limitations has run.

    Accordingly, Plaintiff respectfully requests that the Court grant Plaintiff leave to file an amended complaint to state such claims within 30 days of the date of entry of the Court's order.

Dated:  5 September 2006

                                                      Respectfully submitted,

                                                      _____/s/_____
                                                      Timothy B. Mills
                                                      D.C. Bar No. 425209
                                                      Maggs & McDermott LLC
                                                      910 17th Street, N.W.
                                                       Suite 800
                                                     Washington, D.C. 20006
                                                     (202) 457-8090
                                                     *Attorney for Plaintiff Daniel Sudnick*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 6th of September 2006, I electronically transmitted the attached documents:

**PLAINTIFF'S MEMORANDUM OF NON-OPPOSITION TO SUBSTITUTION OF THE UNITED STATES FOR DEFENDANT JOHN A. SHAW AS TO PLAINTIFFS CLAIMS MADE AGAINST DEFENDANT SHAW IN THE COMPLAINT AND DISMISSAL OF SUCH CLAIMS FOR FAILURE TO EXHAUST FTCA ADMINSTRATIVE CLAIMS PROCEDURE**

to the Clerk of the Court using the ECF System for filing.  Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants counsel for Defendant John A. Shaw and Defendant Department of Defense:

Paul C. Rauser
The Aegis Law Group
901 F Street, N.W., Suite 500
Washington, DC 20004
*Attorney for Defendant Shaw*

JUDRY L. SUBAR (D.C. Bar No. 347518)
U.S. Department of Justice, Civil Division
Federal Programs Branch, Rm. 7342
20 Massachusetts Avenue, N.W.
Washington, DC  20530
*Attorneys for Defendant Dep't of Defense*

/s/ Timothy B. Mills