## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL SUDNICK, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DEPARTMENT of DEFENSE and )<br>JOHN A. SHAW )<br>)<br>Defendants. )<br>) | Civil Action No.<br>06-00654 (ESH) |

**PLAINTIFF'S MOTION FOR PERMISSION TO PARTICIPATE IN SCHEDULING CONFERENCE BY TELEPHONE CONFERENCE CALL**

Plaintiff, by counsel, respectfully move for permission for his lead counsel to participate in the upcoming status conference by telephone conference call. A status conference currently is scheduled for Thursday, 14 September 2006, at 9:15 a.m.

A potential conflict has arisen for Plaintiff's lead counsel, Timothy B. Mills. Mr. Mills currently is in the Middle East (Iraq and Jordan), and has received a request to confer in person with the Ministry of Justice, Republic of Iraq, concerning ongoing litigation in U.S. federal courts to which the Republic of Iraq is a party and is represented by Mr. Mills. For Mr. Mills to accommodate this request, Mr. Mills must extend his stay in Iraq beyond the date presently scheduled for his return to the United States to attend the scheduling conference in person.

If this motion is granted, Mr. Mills will arrange for a co-counsel on the case to make an appearance and attend the scheduling conference in person while Mr. Mills simultaneously participates by conference call.

Counsel for Department of Defense has stated that he does not oppose this request. Counsel for Defendant John A. Shaw as yet has not taken a position on this motion. Defendant Shaw's counsel presently is on a family vacation and as yet could not be reached.

Dated: 6 September 2006

                                                  Respectfully submitted,

                                                  _____/s/_____
                                                  Timothy B. Mills
                                                  D.C. Bar No. 425209
                                                  Maggs & McDermott LLC
                                                  910 17th Street, N.W.
                                                    Suite 800
                                                  Washington, D.C. 20006
                                                  (202) 457-8090
                                                  *Attorney for Plaintiff Daniel Sudnick*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 6th of September 2006, I electronically transmitted the attached documents:

> PLAINTIFF'S MOTION FOR PERMISSION TO PARTICIPATE IN SCHEDULING CONFERENCE BY TELEPHONE CONFERENCE CALL

to the Clerk of the Court using the ECF System for filing.  Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants counsel for Defendant John A. Shaw and Defendant Department of Defense:

>Paul C. Rauser
>The Aegis Law Group
>901 F Street, N.W., Suite 500
>Washington, DC 20004
>*Attorney for Defendant Shaw*
>
>JUDRY L. SUBAR (D.C. Bar No. 347518)
>U.S. Department of Justice, Civil Division
>Federal Programs Branch, Rm. 7342
>20 Massachusetts Avenue, N.W.
>Washington, DC  20530
>*Attorneys for Defendant Dep't of Defense*

>/s/ Timothy B. Mills