UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DANIEL SUDNICK,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. 02-654 (ESH) |
| | ) |
| **DEPARTMENT OF DEFENSE and JOHN A. SHAW,** | ) |
| | ) |
| **Defendants.** | ) |

**ORDER**

Upon the motion of the United States to substitute and to dismiss [Nos. 27 and 28], it is hereby

**ORDERED** that the motion is granted, and it is further

**ORDERED** that as to each and every claim in this matter asserted against John Shaw in the Complaint relating to incidents that occurred during the term of John Shaw's employment by the Department of Defense from August 2001 through December 2004, the United States is substituted as a defendant in place of Shaw, and it is further

**ORDERED** that each and every claim asserted in the plaintiff's Complaint against John Shaw, as to which the United States is made a defendant pursuant to the preceding paragraph, is deemed a claim against the United States pursuant to 28 U.S.C. § 2679(d)(1), and it is further

**ORDERED** that each and every claim asserted in the plaintiff's Complaint against John Shaw, as to which the United States is made a defendant, is dismissed without prejudice on the ground that this Court lacks jurisdiction over each such claim because the plaintiff has failed to

exhaust his administrative remedies as required by the Federal Tort Claims Act; and it is further

**ORDERED** that any amended complaint must be filed on or before October 7, 2006.

_____s/_____
ELLEN SEGAL HUVELLE
United States District Judge

Dated: September 7, 2006