UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DANIEL SUDNICK, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Civil Action No. |
| | ) | 06-00654 (ESH) |
| DEPARTMENT OF DEFENSE and | ) | |
| JOHN A. SHAW, | ) | |
| | ) | |
| *Defendants.* | ) | |
| | ) | |

### SUGGESTION OF MOOTNESS
### IN LIEU OF REPLY IN SUPPORT OF
### <u>DEFENDANT JOHN A. SHAW'S MOTION TO DISMISS</u>

On August 28, 2006, defendant Department of Defense filed with this Court a certification from the United States Department of Justice pursuant to the Westfall Act, 28 U.S.C. § 2679(d)(1), and moved to substitute the United States for Dr. Shaw as provided under the Act, converting the tort claims against Dr. Shaw into tort claims against the government. The Department of Defense also requested in its motion that plaintiff's tort claims be dismissed under the Federal Tort Claims Act for failure to exhaust administrative remedies. On September 7, 2006, this Court granted the government's motion, substituted the United States for Dr. Shaw, and dismissed the tort claims.

For the reasons set out in Dr. Shaw's Motion to Dismiss, Plaintiff's Complaint failed on its face to allege viable claims against Dr. Shaw, and plainly should have been dismissed

even absent substitution by the government. However, in light of the Court's September 7, 2006 Order granting substitution and dismissal of the Complaint on alternative grounds, Dr. Shaw corresponded with plaintiff's counsel, and both parties agree that Dr. Shaw's Motion to Dismiss is now moot. Accordingly, Dr. Shaw respectfully suggests that his Motion to Dismiss should be denied without prejudice pending further proceedings in this matter.

        Respectfully submitted,

        AEGIS LAW GROUP LLP

By:     /s/ Paul Rauser
Paul C. Rauser (D.C. Bar No. 461722)
901 F Street, N.W., Suite 500
Washington, D.C. 20004
T: 202-737-3500
F: 202-737-3330

September 12, 2006        *Attorneys for Defendant John A. Shaw*