UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL SUDNICK, )<br>)<br>   Plaintiff, )<br>)<br>)<br>)<br>   v. )<br>)<br>DEPARTMENT OF DEFENSE and )<br>JOHN A. SHAW, )<br>)<br>   Defendants. )<br>_____ ) | Civil Action No.<br>06-00654 (ESH) |

CONSENT MOTION FOR EXTENSION OF TIME

Defendant John A. Shaw, through undersigned counsel, hereby moves for an extension of time to answer or otherwise respond to plaintiff's Amended Complaint up to and including Friday, November 10, 2006. Counsel for plaintiff consents to Dr. Shaw's request.

Based on the foregoing, defendant respectfully requests that this Court extend Dr. Shaw's time to answer or otherwise respond to plaintiff's Amended Complaint. A proposed order is attached.

                                            Respectfully submitted,

                                            AEGIS LAW GROUP LLP

             By:       /s/ Paul Rauser
                                            Paul C. Rauser (D.C. Bar No. 461722)
                                            901 F Street, N.W., Suite 500
                                            Washington, D.C. 20004
                                            T: 202-737-3500
                                            F: 202-737-3330

October 19, 2006                      *Attorneys for Defendant John A. Shaw*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL SUDNICK, )<br>)<br>Plaintiff, )<br>)<br>)<br>)<br>v. )<br>)<br>DEPARTMENT OF DEFENSE and )<br>JOHN A. SHAW, )<br>)<br>Defendants. )<br>_____ ) | Civil Action No.<br>06-00654 (ESH) |

PROPOSED ORDER

Upon consideration of the Consent Motion for an Extension of Time filed by Defendant John A. Shaw, it is hereby

ORDERED that the motion is granted, and it is further

ORDERED that the defendant's time to answer, move, or otherwise respond to plaintiff's Amended Complaint is extended up to and including November 10, 2006.

Dated: _____
JUDGE ELLEN S. HUVELLE
UNITED STATES DISTRICT JUDGE