UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DANIEL SUDNICK, et al.,                    )
                                           )
        Plaintiff,                         )
                                           )
            v.                             )          Civil Action No.
                                           )          06-00654 (ESH)
DEPARTMENT of DEFENSE and                  )
JOHN A. SHAW                               )
                                           )
        Defendants.                        )
_____        )

NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that Carlotta P. Wells hereby appears as counsel of record for

Defendant, Department of Defense, in the above-captioned action, thereby substituting Ms. Wells

as counsel for the Department of Defense in place of Judry L. Subar.  The Department of Defense

further requests that Mr. Subar be withdrawn as its counsel.  All files, papers, and

correspondence should be addressed to:

        Carlotta P. Wells
        Senior Trial Counsel
        Federal Programs Branch
        Civil Division - Room 7150
        U.S. Department of Justice
        20 Massachusetts Ave., NW
        P.O. Box 883
        Washington, D.C.  20044
        phone: (202) 514-4522
        fax: (202) 616-8470
        email: carlotta.wells@usdoj.gov

Dated: October 25, 2006                    Respectfully submitted,

                                           PETER D. KEISLER
                                           Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

ELIZABETH J. SHAPIRO
Assistant Branch Director

_____/s/_____
CARLOTTA P. WELLS
U.S. Department of Justice, Civil Division
Federal Programs Branch, Rm. 7150
20 Massachusetts Avenue, N.W.
Washington, DC  20530
(202) 514-4522

Attorneys for Defendant
Department of Defense