UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL SUDNICK, et al.,              ) | |
|                                                            ) | |
|         Plaintiff,                            ) | |
|                                                            ) | |
|         v.                                      ) | Civil Action No. |
|                                                            ) | 06-00654 (ESH) |
| DEPARTMENT of DEFENSE and      ) | |
| JOHN A. SHAW,                           ) | |
|                                                            ) | |
|         Defendants.                      ) | |
|  _____) | |

CONSENT MOTION FOR EXTENSION OF
TIME TO PROVIDE INITIAL DISCLOSURES

Defendant, the Department of Defense, hereby moves, through undersigned counsel, for an order granting an extension of time for the parties to provide initial disclosures, through and including November 27, 2006. In support of this motion, the undersigned inform the Court as follows:

1. The Court's September 14, 2006 Scheduling Order states that the parties had agreed to make initial disclosures under Federal Rule of Civil Procedure 26(a)(1) by October 25, 2006.

2. Undersigned counsel for the Department of Defense was advised on October 18, 2006 that this case was being reassigned to her for handling. Inasmuch as the Amended Complaint in this case, which was filed on October 6, 2006, raises complex factual and legal issues and because of a number of matters unrelated to this action on the calendar of undersigned counsel, the requested extension is necessary to adequately prepare for provision of the government's initial disclosures to counsel for the other parties to this action.

3. The undersigned has contacted and spoken with Timothy Mills, counsel for plaintiff Daniel Sudnick, and Paul Rauser, counsel for defendant John Shaw. Both counsel have advised

the undersigned that they consent to this request to extend the deadline for the provision of initial disclosures to and including November 27, 2006.

## CONCLUSION

For the foregoing reasons, the Court should grant the consent motion for an extension of time, to and including November 27, 2006, in which to provide initial disclosures.

Dated: October 25, 2006                             Respectfully submitted,

                                                    PETER D. KEISLER
                                                    Assistant Attorney General

                                                    KENNETH L. WAINSTEIN
                                                    United States Attorney

                                                    ELIZABETH J. SHAPIRO
                                                    Assistant Branch Director

                                                    _____/s/_____
                                                    CARLOTTA P. WELLS
                                                    U.S. Department of Justice, Civil Division
                                                    Federal Programs Branch, Rm. 7150
                                                    20 Massachusetts Avenue, N.W.
                                                    Washington, DC  20530
                                                    (202) 514-4522

                                                    Attorneys for Defendant
                                                    Department of Defense

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL SUDNICK, et al.,    ) | |
|      ) | |
|   Plaintiff,    ) | |
|      ) | |
|   v.    ) | Civil Action No. |
|      ) | 06-00654 (ESH) |
| DEPARTMENT of DEFENSE and    ) | |
| JOHN A. SHAW    ) | |
|      ) | |
|   Defendants.    ) | |
|      ) | |

ORDER

Upon defendant Department of Defense's Consent Motion for Extension of Time to Provide Initial Disclosures, it is hereby

ORDERED that the motion is granted, and it is further

ORDERED that the parties' time to provide initial disclosures is extended through and including November 27, 2006.


Dated: _____

UNITED STATES DISTRICT JUDGE