**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

DANIEL SUDNICK,          )
                                      )
        Plaintiff,        )
                                      )
        v.               )        Civil Action No.
                                      )        06-00654 (ESH)
                                      )
DEPARTMENT of DEFENSE and     )
JOHN A. SHAW,         )
                                      )
        Defendants.     )
_____)

### UNOPPOSED MOTION FOR EXTENSION OF TIME

Plaintiff Daniel Sudnick, through undersigned counsel, hereby moves for an extension of time to oppose Defendant John Shaw's motion to dismiss from the current due date of Friday, November 24, 2006 to a requested due date of Monday, December 11, 2006. Counsel for Defendants Shaw and the Department of Defense have indicated that they do not oppose Plaintiff Sudnick's request.

Based on the foregoing, Plaintiff Sudnick respectfully requests that this Court extend Plaintiff Sudnick's time to oppose Defendant Shaw's motion to dismiss until Monday, December 11, 2006. A proposed order is attached.

Respectfully submitted,

_____/s/_____
Timothy B. Mills
D.C. Bar No. 425209
Maggs & McDermott LLC
910 17th Street, N.W.
 Suite 800
Washington, D.C. 20006
(202) 457-8090
*Attorneys for Plaintiff Daniel Sudnick*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| DANIEL SUDNICK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. |
| | ) | 06-00654 (ESH) |
| | ) | |
| DEPARTMENT of DEFENSE and | ) | |
| JOHN A. SHAW, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff Daniel Sudnick's Unopposed Motion for an Extension of

Time, it is hereby:

ORDERED that the motion is granted, and it is further

ORDERED that Plaintiff Sudnick's time to oppose Defendant Shaw's motion to dismiss

is extended up to and including Monday, 11 December 2006.


Dated:


_____
JUDGE ELLEN S. HUVELLE
UNITED STATES DISTRICT JUDGE