UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL SUDNICK, )<br>)<br>Plaintiff, )<br>)<br>)<br>)<br>v. )<br>)<br>DEPARTMENT OF DEFENSE and )<br>JOHN A. SHAW, )<br>)<br>Defendants. )<br>_____ ) | Civil Action No.<br>06-00654 (ESH) |

<u>CONSENT MOTION FOR EXTENSION OF TIME</u>

      Defendant John A. Shaw, through undersigned counsel, hereby moves for an extension of time for all parties to provide Initial Disclosures under Federal Rule of Civil Procedure 26(a)(1) up to and including fourteen (14) days following the Court's decision on defendant John A. Shaw's pending Motion to Dismiss the Amended Complaint. Counsel for plaintiff and the government consent to Dr. Shaw's request.

      Based on the foregoing, defendant respectfully requests that this Court order all parties to provide Rule 26(a)(1) Initial Disclosures fourteen (14) days after the Court's decision on defendant Shaw's pending Motion to Dismiss the Amended Complaint. A proposed order is attached.

                                Respectfully submitted,

                                AEGIS LAW GROUP LLP

By:       /s/ Paul Rauser
          Paul C. Rauser (D.C. Bar No. 461722)
          901 F Street, N.W., Suite 500
          Washington, D.C. 20004
          T: 202-737-3500
          F: 202-737-3330

November 27, 2006          *Attorneys for Defendant John A. Shaw*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DANIEL SUDNICK, | ) | |
|     Plaintiff, | ) ) ) ) ) | |
| v. | ) ) | Civil Action No. 06-00654 (ESH) |
| DEPARTMENT OF DEFENSE and JOHN A. SHAW, | ) ) ) | |
|     Defendants. | ) ) | |

## PROPOSED ORDER

Upon consideration of the Consent Motion for an Extension of Time filed by Defendant John A. Shaw, it is hereby

ORDERED that the motion is granted, and it is further

ORDERED that all parties shall provide Initial Disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) no later than fourteen (14) days after the Court's decision on defendant Shaw's pending Motion to Dismiss the Amended Complaint.


Dated: _____                    _____
                                          JUDGE ELLEN S. HUVELLE
                                          UNITED STATES DISTRICT JUDGE