UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DANIEL SUDNICK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. |
| | ) | 06-00654 (ESH) |
| | ) | |
| DEPARTMENT of DEFENSE and JOHN A. SHAW, | ) ) | |
| | ) | |
| Defendants. | ) ) | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

Plaintiff Daniel Sudnick, through undersigned counsel, hereby moves for an extension of time to oppose Defendant John Shaw's motion to dismiss from the current due date of Monday, December 11, 2006 to a requested due date of Thursday, December 14, 2006. Counsel for Defendants Shaw and the Department of Defense have indicated that they do not oppose Plaintiff Sudnick's request.

Based on the foregoing, Plaintiff Sudnick respectfully requests that this Court extend Plaintiff Sudnick's time to oppose Defendant Shaw's motion to dismiss until Thursday, December 14, 2006. A proposed order is attached.

Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/　　　　　　　　　　　
　　　　　　　　　　　　　　　　　Timothy B. Mills
　　　　　　　　　　　　　　　　　D.C. Bar No. 425209
　　　　　　　　　　　　　　　　　Maggs & McDermott LLC
　　　　　　　　　　　　　　　　　910 17th Street, N.W.
　　　　　　　　　　　　　　　　　 Suite 800
　　　　　　　　　　　　　　　　　Washington, D.C. 20006
　　　　　　　　　　　　　　　　　(202) 457-8090
　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff Daniel Sudnick*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL SUDNICK,                )<br>                                          )<br>     Plaintiff,                     )<br>                                          )<br>     v.                                )<br>                                          )<br>                                          )<br>DEPARTMENT of DEFENSE and  )<br>JOHN A. SHAW,               )<br>                                          )<br>     Defendants.                  )<br>                                          ) | Civil Action No.<br>06-00654 (ESH) |

## **[PROPOSED] ORDER**

Upon consideration of Plaintiff Daniel Sudnick's Unopposed Motion for an Extension of Time, it is hereby:

ORDERED that the motion is granted, and it is further

ORDERED that Plaintiff Sudnick's time to oppose Defendant Shaw's motion to dismiss is extended up to and including Thursday, 14 December 2006.

Dated:

_____
JUDGE ELLEN S. HUVELLE
UNITED STATES DISTRICT JUDGE