# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DANIEL SUDNICK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. |
| | ) | 06-00654 (ESH) |
| | ) | |
| DEPARTMENT of DEFENSE and JOHN A. SHAW, | ) ) | |
| | ) | |
| Defendants. | ) ) | |

## PLAINTIFF RULE 41 NOTICE OF VOLUNTARY DISMISSAL

### (Amended Complaint Fifth Cause of Action – 42 U.S.C. 1985(3) Conspiracy)

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Daniel Sudnick, through undersigned counsel, hereby voluntarily dismisses the Fifth Cause of Action of the Amended Complaint (42 U.S.C. 1985(3) conspiracy versus Defendant John A. Shaw).

A proposed order is attached to this notice, should the Court determine it to be necessary for the action to be dismissed by Court order.

DATED:  14 December 2006

Respectfully submitted,

                                                    /s/
                                      Timothy B. Mills
                                      D.C. Bar No. 425209
                                      Maggs & McDermott LLC
                                      910 17th Street, N.W.
                                       Suite 800
                                      Washington, D.C. 20006
                                      (202) 457-8090
                                      *Attorneys for Plaintiff Daniel Sudnick*

UNITED STATES DISTRICT COURT
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| DANIEL SUDNICK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. |
| | ) | 06-00654 (ESH) |
| | ) | |
| DEPARTMENT of DEFENSE and | ) | |
| JOHN A. SHAW, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's notice of voluntary dismissal of the Fifth Cause of Action of the Amended Complaint (42 U.S.C. 1985(3) conspiracy claim versus Defendant John A. Shaw), it is hereby:

ORDERED that Plaintiff's Fifth Cause of Action of the Amended Complaint 42 U.S.C. 1985(3) conspiracy claim versus Defendant John A. Shaw is dismissed without prejudice.

Dated: _____

_____
JUDGE ELLEN S. HUVELLE
UNITED STATES DISTRICT JUDGE