UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL SUDNICK,<br><br>    Plaintiff,<br><br>    v.<br><br>DEPARTMENT OF DEFENSE and<br>JOHN A. SHAW,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No.<br>)   06-00654 (ESH)<br>)<br>)<br>)<br>)<br>) |

### CONSENT MOTION FOR EXTENSION OF TIME

Defendant John A. Shaw, through undersigned counsel, hereby moves for an extension of time up to and including January 5, 2007 to file a Reply with respect to his pending Motion to Dismiss the Amended Complaint. Counsel for both plaintiff and the government consent to Dr. Shaw's request.

Based on the foregoing, defendant respectfully requests that this Court order that defendant Shaw file his Reply, if any, in support of his pending Motion to Dismiss the Amended Complaint on or before January 5, 2007. A proposed order is attached.

                                        Respectfully submitted,

                                        AEGIS LAW GROUP LLP

                By:       /s/ Paul Rauser
                                      Paul C. Rauser (D.C. Bar No. 461722)
                                      901 F Street, N.W., Suite 500
                                      Washington, D.C. 20004
                                      T: 202-737-3500
                                      F: 202-737-3330

December 21, 2006                          *Attorneys for Defendant John A. Shaw*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL SUDNICK, )<br>)<br>Plaintiff, )<br>)<br>)<br>)<br>v. )<br>)<br>DEPARTMENT OF DEFENSE and )<br>JOHN A. SHAW, )<br>)<br>Defendants. )<br>_____ ) | Civil Action No.<br>06-00654 (ESH) |

PROPOSED ORDER

Upon consideration of the Consent Motion for an Extension of Time filed by Defendant John A. Shaw, it is hereby

ORDERED that the motion is granted, and it is further

ORDERED that defendant Shaw shall file his Reply, if any, in support of his pending Motion to Dismiss the Amended Complaint on or before January 5, 2007.

Dated: _____

_____
JUDGE ELLEN S. HUVELLE
UNITED STATES DISTRICT JUDGE