UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL SUDNICK,                                            ) | |
| Plaintiff,      ) | |
| v.      ) | Civil Action No. 06-0654 (ESH) |
| DEPARTMENT OF DEFENSE and JOHN A. SHAW,      ) | |
| Defendants.      ) | |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, defendant John A. Shaw's Motion to Dismiss the Amended Complaint [Dkt. # 40] is hereby **GRANTED** as to Counts IV and V and **DENIED** as to Counts VI and VII. It is hereby

**ORDERED** that Counts IV and V of the amended complaint are **DISMISSED WITH PREJUDICE**.

**SO ORDERED**.

                                                           /s/
                                         ELLEN SEGAL HUVELLE
                                         United States District Judge

Date: February 8, 2007