UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DANIEL SUDNICK, )
  )
  Plaintiff, )
  )
  )
  )
  )
v. )  Civil Action No.
  )  06-00654 (ESH)
DEPARTMENT OF DEFENSE and )
JOHN A. SHAW, )
  )
  Defendants. )
  )

### CONSENT MOTION FOR SCHEDULING OF PLAINTIFF'S MOTION TO AMEND THE COMPLAINT AS TO DR. SHAW AND DR SHAW'S RESPONSE TO THE COMPLAINT

Defendant John A. Shaw, on behalf of himself and the Plaintiff, hereby moves for an Order requiring: (1) that any motion by Plaintiff to amend the Complaint as to Defendant John A. Shaw be made not later than forty (40) Court days from the date of the Court's February 8, 2007 Order Granting in Part and Denying in Part Defendant John A. Shaw's Motion to Dismiss the [First] Amended Complaint; (2) that the response of Dr. Shaw to any such Motion to Amend shall be due thirty (30) Court days after any such Motion, and (3) that the deadline for Dr. Shaw to Answer or otherwise respond to the Complaint shall be postponed until after resolution of Plaintiff's anticipated Motion to Amend the Complaint. Counsel for Plaintiff Sudnick has suggested this schedule and consents to this Motion, as does Dr. Shaw.[1]

Plaintiff has stated to counsel for Dr. Shaw that he intends to move "to amend the Complaint to include a revised permanent injunctive count." Plaintiff's counsel

---

1 The instant Motion does not affect Defendant Department of Defense, which has already filed its Answer to the allegations of the Complaint pertaining to the Department. Nevertheless, Counsel for Dr. Shaw attempted to confer with counsel for the Department regarding this schedule, but has been unable to reach counsel via telephone.

has also indicated that he believes that it will be efficient to resolve the Motion to Amend before Dr. Shaw files his Answer to the present Complaint. Dr. Shaw agrees, and respectfully suggests that the efficiencies and benefits to be gained by a threshold resolution of Plaintiff's expected Motion to Amend provide good cause for this motion to be granted.

Based on the foregoing, defendant respectfully requests that this Court order: (1) that any motion by Plaintiff to amend the Complaint as to Defendant John A. Shaw be made not later than forty (40) Court days from the date of the Court's February 8, 2007 Order Granting in Part and Denying in Part Defendant John A. Shaw's Motion to Dismiss the [First] Amended Complaint; (2) that the response of Dr. Shaw to any such Motion to Amend shall be due thirty (30) Court days after any such Motion, and (3) that the deadline for Dr. Shaw to Answer or otherwise respond to the Complaint shall be postponed until after resolution of Plaintiff's anticipated Motion to Amend the Complaint. A proposed order is attached.

          Respectfully submitted,

          AEGIS LAW GROUP LLP

By:     /s/ Paul Rauser
       Paul C. Rauser (D.C. Bar No. 461722)
       901 F Street, N.W., Suite 500
       Washington, D.C. 20004
       T: 202-737-3500
       F: 202-737-3330

February 23, 2007          *Attorneys for Defendant John A. Shaw*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL SUDNICK,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>DEPARTMENT OF DEFENSE and<br>JOHN A. SHAW,<br><br>　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)　　Civil Action No.<br>)　　06-00654 (ESH)<br>)<br>)<br>)<br>)<br>) |

PROPOSED ORDER

Upon consideration of the Consent Motion for Scheduling of Plaintiff's Motion to Amend the Complaint as to Dr. Shaw and Dr. Shaw's Response to the Complaint, it is hereby

ORDERED that the motion is granted, and it is further

ORDERED: (1) that any motion by Plaintiff to amend the Complaint as to Defendant John A. Shaw be made not later than forty (40) Court days from the date of the Court's February 8, 2007 Order Granting in Part and Denying in Part Defendant John A. Shaw's Motion to Dismiss the [First] Amended Complaint; (2) that the response of Dr. Shaw to any such Motion to Amend shall be due thirty (30) Court days after any such Motion, and (3) that the deadline for Dr. Shaw to Answer or otherwise respond to the

Complaint shall be postponed until after resolution of Plaintiff's anticipated Motion to Amend the Complaint.


Dated: _____

_____
JUDGE ELLEN S. HUVELLE
UNITED STATES DISTRICT JUDGE