UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL SUDNICK, et al., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | 06-00654 (ESH) |
| DEPARTMENT of DEFENSE and ) | |
| JOHN A. SHAW ) | |
| ) | |
| Defendants. ) | |
| ) | |

**JOINT MOTION FOR AN ENLARGEMENT OF TIME TO COMPLETE
DISCOVERY AND MEMORANDUM IN SUPPORT THEREOF**

For the reasons set forth below, plaintiff and defendant Department of Defense (DoD) jointly move to extend the discovery cut-off deadline by six months, or until March 1, 2008. The reasons for the motion are as follows:

1. In accordance with the Scheduling Order dated September 14, 2006, the current discovery cut-off date is September 1, 2007.

2. Pursuant to agreement of all parties and superseding order of the Court that Rule 26(a)(1) initial disclosures should be made only after the Court's resolution of Rule 12 motions (rather than on October 25, 2006 as originally stated in the Scheduling Order), the parties exchanged Rule 26(a)(1) disclosures in late February and mid-March 2007.

3. Plaintiff served his first requests for production of documents and interrogatories on DoD on June 17, 2007. DoD's responses are due to be served no later than July 20, 2007, but because of court commitments in other cases by the Department of Justice attorney assigned to this case, as well as travel and other commitments on the part of counsel within DoD's Office of General Counsel and Office of Inspector General, DoD requires an additional 30 days to respond

to plaintiff's discovery requests. DoD has not yet served any discovery requests on plaintiff. Defendant Shaw served discovery requests on plaintiff on or about March 12, 2007. Plaintiff's counsel represents that plaintiff has responded to defendant Shaw's requests.

    4. Plaintiff cannot proceed to take depositions, particularly of media witnesses, until after he has received DoD's responses to his written discovery requests. Among other things, DoD written discovery responses might make unnecessary some or all of plaintiff's planned depositions of media witnesses. Further, based on conversations plaintiff's counsel has had with reporters or representatives of the news organizations for whom they work, he anticipates that the media witnesses will challenge subpoenas seeking to compel their testimony. Therefore, additional time is required to complete the depositions that will be necessary in this case.

    5. With respect to plaintiff's claims for damages, the September 2006 Scheduling Order imposed a July 1, 2007 deadline for the filing of plaintiff's expert reports. Plaintiff's retained expert has not yet completed his report and, thus, plaintiff seeks an additional 60 days, until September 1, 2007 to file his expert report(s). Accordingly, defendant requests until October 1, 2007 to file an expert report in this case.

    6. The Court has not set deadlines either for the filing of dispositive motions or for trial. Therefore, there is no prejudice in extending the deadlines by six months in this case which raises novel and complex factual and legal issues under the Privacy Act, 5 U.S.C. § 552a.

    7. Given the number of outstanding discovery issues, the parties seek an additional six months, until March 1, 2008, for purposes of completing discovery in connection with the claims raised in and the defenses to plaintiff's amended complaint.

    8. Counsel for defendant John A. Shaw advised counsel for DoD and plaintiff, in a

-2-

telephone conversation on June 29, 2007, that he opposes this motion. Shaw's counsel confirmed this position to defendant's counsel in an e-mail exchange on July 18, 2007. Shaw's counsel has advised plaintiff's counsel that he would not oppose the motion if plaintiff agreed to dismiss the one claim in the Amended Complaint remaining against defendant Shaw. Plaintiff's counsel has commenced settlement discussions with counsel for defendant Shaw.

## CONCLUSION

For the foregoing reasons, the Court should grant the parties' joint motion to enlarge the time to complete discovery by six months.

Dated: July19, 2007                                                                                     Respectfully submitted,

                                                                                               PETER D. KEISLER
                                                                                               Assistant Attorney General

    /s/
TIMOTHY B. MILLS                             JEFFREY A. TAYLOR
MAGGS & McDERMOTT LLC          United States Attorney
910 17th Street, NW.
Suite 800                                               /s/
Washington, D.C. 20006                 JOHN R. TYLER
(202) 457-8090                                 CARLOTTA P. WELLS
                                                      Senior Trial Counsel
Attorney for Plaintiff                       U.S. Department of Justice
                                                      P.O. Box 883
                                                      Washington, D.C. 20044
                                                      (202) 514-4522 (telephone)
                                                      (202) 616-8470 (facsimile)

                                                      Attorneys for Defendant Department
                                                        of Defense