**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| DANIEL SUDNICK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. |
| | ) | 06-00654 (ESH) |
| | ) | |
| DEPARTMENT of DEFENSE and | ) | |
| JOHN A. SHAW, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**MOTION PRO HAC VICE FOR ADMISSION OF STEPHEN ALBRIGHT**
**TO THE BAR OF THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

Pursuant to LCvR 83.2 (d), I, Stephen Albright, New York State Bar No. 1843903, hereby move for admission *pro hac vice* to the bar of the United States District Court for the District of Columbia for purposes of this action, Daniel Sudnick v. Department of Defense *et al.* Civil Action No. 06-00654 (ESH).

In accordance with LCvR 83.2(d), this motion is co-signed by a sponsoring member of the Bar of this Court, Timothy B. Mills (D.C. Bar No. 425209), Partner, Maggs & McDermott LLC, Washington, D.C. (lead counsel for plaintiff in this action) and is accompanied by a declaration providing to the Court all required information regarding my status as a practicing attorney.

Respectfully submitted,

Dated 20 July 2007

_____/s/_____
Stephen Albright
New York State Bar No. 1843903
368 Veterans Memorial Highway, 2d Floor
Commack, New York
*Co-Counsel for Plaintiff Daniel Sudnick*

_____/s/_____
Timothy B. Mills
D.C. Bar No. 425209
Maggs & McDermott LLC
910 17th Street, N.W.
 Suite 800
Washington, D.C. 20006
(202) 457-8090
*Lead Counsel for Plaintiff Daniel Sudnick*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| DANIEL SUDNICK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. |
| | ) | 06-00654 (ESH) |
| | ) | |
| DEPARTMENT of DEFENSE and | ) | |
| JOHN A. SHAW, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## [PROPOSED] ORDER

Upon consideration of attorney Steven Albright's Motion for *Pro Hac Vice* Admission in

this action, it is hereby:

ORDERED that the motion is granted, and it is further

ORDERED that attorney Steven Albright shall be admitted the bar of the United States

District Court for the District of Columbia for purposes of this action, Daniel Sudnick v.

Department of Defense *et al.* Civil Action No. 06-00654 (ESH).

Dated: ___ July 2007

_____
JUDGE ELLEN S. HUVELLE
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of July 2007, I electronically transmitted the attached document:

> MOTION PRO HAC VICE FOR ADMISSION OF STEPHEN ALBRIGHT TO THE BAR OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA AND PROPOSED ORDER THEREON

to the Clerk of the Court using the ECF System for filing.  Based on the records currently

on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following

ECF registrants counsel for Defendants:

**Carlotta Wells, Esq.**
Senior Trial Counsel
United States Department of Justice
Civil Division/Federal Programs Branch
P.O. Box 883 (zip 20044)
20 Massachusetts Ave, N.W., Room 7150
Washington, DC  20530
(202) 514-4522
(202) 616-8470 (fax)
Email:  Carlotta.Wells@usdoj.gov
*Counsel for Defendant Department of Defense*

**Paul C. Rauser, Esq.**
ægis law group LLP
901 F Street, N.W.
Suite 500
Washington, D.C. 20004
T: 202 737 3375
F: 202 737 3330
Email: prauser@aegislawgroup.com
*Counsel for Defendant John Shaw*

/s/ Timothy B. Mills