UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
------------------------------------------------------------------X
DANIEL SUDNICK,                               Civil Docket No:
                                              06 CV 00654 (ESH)
                Plaintiff,    **DECLARATION OF**
- against –                                   **STEPHEN ALBRIGHT**
                                              **IN SUPPORT OF**
DEPARTMENT OF DEFENSE and                     **MOTION TO ADMIT COUNSEL**
JOHN A. SHAW,                                 **PRO HAC VICE**
                Defendants.
------------------------------------------------------------------X

I, STEPHEN ALBRIGHT, for my declaration pursuant to 28 U.S.C. 1746, state as follows:

1. Pursuant to Local Civil Rule 83.2 (d) of the Rules of the United States District Court for the District of Columbia, I seek admission *pro hac vice* to represent the Plaintiff Daniel Sudnick in this action.

2. My name, firm name, address, telephone number and fax number are set forth below:

Applicant's Name: Stephen Albright

Firm Name: Stephen Albright, Esq.

Address: 368 Veterans Memorial Highway, 2nd Fl.

City/State/Zip: Commack, NY 11725

Phone Number: 631.864.4967

Fax Number: 202.457.8278

3. I am and have been an active member in good standing of the Bar of the State of New York since 1983. Attached hereto as Exhibit A is an original Certificate of Good Standing from the Appellate Division of the Supreme Court of the State of New York Second Judicial Department dated May 25, 2007.

4. I am and have been an active member in good standing of the bars of the United States District Court for the Southern District of New York and Eastern District of New York since 1983.

5. I have not been disciplined by any bar.

6. I have not been admitted *pro hac vice* to this Court within the last two years.

7. I do not engage in the practice of law from an office in the District of Columbia. I am not a member of the District of Columbia Bar. I do not have an application for membership in the District of Columbia Bar pending.

8. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit me as counsel *pro hac vice* to represent him in this matter.

WHEREFORE it is respectfully requested that the motion to admit me, *pro hac vice*, to represent Plaintiff in the above captioned matter, be granted.

Dated: June 1, 2007
City, State: Commack, NY

I declare under the penalties of perjury that the foregoing is true and correct.
Respectfully submitted,

_____
STEPHEN ALBRIGHT



# Appellate Division of the Supreme Court
## of the State of New York
## Second Judicial Department

I, James Edward Pelzer, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify That **Stephen Albright** was duly licensed and admitted to practice as an **Attorney and Counselor at Law** in all the courts of the State, according to the laws of the State and the court rules and orders, on the **21 st** day of **March 1983** has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counselor at law.



In Witness Whereof, I have hereunto set my hand and affixed the seal of said Appellate Division on **May 25, 2007**

*James Edward Pelzer*
Clerk