UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL SUDNICK,<br><br>    Plaintiff,<br><br>    v.<br><br>DEPARTMENT OF DEFENSE and<br>JOHN A. SHAW,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.<br>)  06-00654 (ESH)<br>)<br>)<br>)<br>)<br>) |

CONSENT MOTION FOR EXTENSION OF TIME

Defendant John A. Shaw, through undersigned counsel, hereby moves for an extension of time to respond to the pending Joint Motion for Extension of Discovery up to and including Wednesday, August 8, 2007. Counsel for plaintiff and the Department of Defense consent to Dr. Shaw's request.

Based on the foregoing, defendant respectfully requests that this Court extend Dr. Shaw's time to respond to the pending Joint Motion for Extension of Discovery. A proposed order is attached.

Respectfully submitted,

AEGIS LAW GROUP LLP

By:   /s/ Paul Rauser
Paul C. Rauser (D.C. Bar No. 461722)
901 F Street, N.W., Suite 500
Washington, D.C. 20004
T: 202-737-3500
F: 202-737-3330
*Attorneys for Defendant John A. Shaw*

August 1, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL SUDNICK, )<br>)<br>Plaintiff, )<br>)<br>)<br>)<br>)<br>v. )<br>)<br>DEPARTMENT OF DEFENSE and )<br>JOHN A. SHAW, )<br>)<br>Defendants. )<br>_____ ) | Civil Action No.<br>06-00654 (ESH) |

## PROPOSED ORDER

Upon consideration of the Consent Motion for an Extension of Time filed by Defendant John A. Shaw, it is hereby

ORDERED that the motion is granted, and it is further

ORDERED that the Dr. Shaw's time respond to the pending Joint Motion for Extension of Discovery be and hereby is extended up to and including Wednesday, August 8, 2007.

Dated: _____

_____
JUDGE ELLEN S. HUVELLE
UNITED STATES DISTRICT JUDGE