# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL SUDNICK, )<br>)<br>   Plaintiff, )<br>)<br>)<br>)<br>   v. )<br>)<br>DEPARTMENT OF DEFENSE and )<br>JOHN A. SHAW, )<br>)<br>   Defendants. )<br>) | Civil Action No.<br>06-00654 (ESH) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Daniel Sudnick ("Dr. Sudnick") and Defendant John A. Shaw ("Dr. Shaw") have consented and agree to dismissal of all remaining claims in this action against Dr. Shaw with prejudice and without any admission or finding or wrongdoing by any party.

Upon consideration of the Stipulation of Dr. Sudnick and Dr. Shaw, it is hereby:

ORDERED that Counts Six and Seven of the Amended Complaint are dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41; and

IT IS FURTHER ORDERED that defendant John A. Shaw be and hereby is dismissed as a party defendant to this action.

Dated: __ August 2007    _____
                                                    JUDGE ELLEN S. HUVELLE
                                                    UNITED STATES DISTRICT JUDGE

**STIPULATED AND AGREED:**

| **MAGGS & McDERMOTT LLC** | **AEGIS LAW GROUP LLP** |
|---|---|
| /s/ Timothy B. Mills | /s/ Paul Rauser |
| Timothy B. Mills  (D.C. 425509) | Paul C. Rauser (D.C. 461722) |
| 910 17th Street, N.W., Suite 800 | 901 F Street, N.W., Suite 500 |
| Washington, D.C. 20006 | Washington, D.C. 20004 |
| T: 202-457-8090 | T: 202-737-3500 |
|  | F: 202-737-3330 |
| *Attorneys for Plaintiff Daniel Sudnick* | *Attorneys for Defendant John A. Shaw* |