UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL SUDNICK, et al., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DEPARTMENT of DEFENSE and )<br>JOHN A. SHAW )<br>)<br>Defendants. )<br>_____) | Civil Action No.<br>06-00654 (ESH) |

UNOPPOSED MOTION FOR EXTENSION OF TIME

Defendant, the Department of Defense, hereby moves, through undersigned counsel, for an order granting an extension of defendant's time to respond to plaintiff's First Set of Interrogatories and First Requests for Production of Documents through and including August 30, 2007. In support of this motion, the undersigned inform the Court as follows:

1. In the Joint Motion for an Enlargement of Time to Complete Discovery, defendant requested an extension of time to and including August 20, 2007 to serve its responses to plaintiff's discovery requests. Since July 17, 2007, when the Joint Motion was filed, undersigned counsel has been working with the client agency to complete the discovery, but certain information necessary to complete the responses is outstanding.

2. In addition, undersigned counsel is scheduled to be out of the office from August 13 through August 20, 2007.

3. Counsel for defendant contacted plaintiff's counsel about the request for an additional ten days, or until August 30, 2007, to complete the discovery responses. Plaintiff's counsel has stated he does not oppose the request.

    4.  In light of these various considerations, the undersigned respectfully request that the time for defendant to respond to plaintiff's discovery requests be extended through and including August 30, 2007.

Dated: August 10, 2007                              Respectfully submitted,

                                                  PETER D. KEISLER
                                                  Assistant Attorney General

                                                  JEFFREY A. TAYLOR
                                                  United States Attorney

                                                                /s/
                                                 JOHN R. TYLER
                                                 CARLOTTA P. WELLS
                                                 Senior Trial Counsel
                                                 U.S. Department of Justice, Civil Division
                                                 Federal Programs Branch, Rm. 7150
                                                 20 Massachusetts Avenue, N.W.
                                                 Washington, DC  20530
                                                 (202) 514-4522

                                                 Attorneys for Defendant
                                                 Department of Defense

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL SUDNICK, et al., ) | |
| ) | |
|    Plaintiff, ) | |
| ) | |
|    v. ) | Civil Action No. |
| ) | 06-00654 (ESH) |
| DEPARTMENT of DEFENSE and ) | |
| JOHN A. SHAW ) | |
| ) | |
|    Defendants. ) | |
| ) | |

ORDER

Upon defendant Department of Defense's Unopposed Motion for Extension of Time, it is hereby

ORDERED that the motion is granted, and it is further

ORDERED that defendant's time to respond to plaintiff's First Set of Interrogatories and First Request for Production of Documents is extended through and including August 30, 2007.

Dated: _____

UNITED STATES DISTRICT JUDGE