UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL SUDNICK, et al., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | 06-00654 (ESH) |
| DEPARTMENT of DEFENSE and ) | |
| JOHN A. SHAW ) | |
| ) | |
| Defendants. ) | |
| ) | |

**JOINT MOTION TO EXTEND DISCOVERY DEADLINE
DUE TO GOOD FAITH SETTLEMENT NEGOTIATIONS**

Plaintiff, Daniel Sudnick, and defendant, the Department of Defense, hereby jointly move for a four-week extension of the discovery deadline, which currently is set for April 7, 2008, or until May 3, 2008. The reasons in support of this joint motion are as follows:

1. The parties have been engaging in good faith settlement discussions for the last four weeks, and both parties believe that a non-litigation resolution of the claims and defenses is not only feasible, but also imminent.

2. Because of the time invested by both parties and their counsel to reach an agreement on the terms of a settlement, neither party has had the opportunity to complete its discovery in this case.

3. The parties believe that an agreement in principle could be reached during the week beginning April 7, but even if such a result is achieved, the parties would need additional time to finalize a settlement agreement.

4. In order to allow the parties sufficient time to determine whether a non-litigation resolution of this case is possible, the parties request an additional four weeks for discovery, or

until May 3, 2008, in case it becomes necessary to proceed with the litigation.

5.  The parties are mindful that the Court has scheduled what was intended to be the first post-discovery cutoff Status Conference at 10:00 a.m. on April 24, 2008.  The parties respectfully request that the Court also consider whether such Status Conference should be adjourned to an appropriate date after the extended discovery cutoff date, should the Court grant this joint motion to extend the discovery deadline.

## CONCLUSION

For the foregoing reasons, the parties' joint motion for a four-week extension of the discovery deadline, until May 3, 2008, should be granted.

Dated: April 4, 2008                   Respectfully submitted,

                                       JEFFREY S. BUCHOLTZ
                                       Acting Assistant Attorney General

                                       JEFFREY A. TAYLOR
                                       United States Attorney

                                              /s/
                                       ELIZABETH J. SHAPIRO
                                       CARLOTTA P. WELLS
                                       Attorneys
                                       U.S. Department of Justice, Civil Division
                                       Federal Programs Branch, Rm. 7150
                                       20 Massachusetts Avenue, N.W.
                                       Washington, DC  20530
                                       (202) 514-4522
                                       Attorneys for Defendant Department of Defense


                                           /s/
                                       Timothy B. Mills
                                       Maggs & McDermott LLC
                                       910 17th Street, N.W.
                                       Suite 800

Washington, D.C. 20006
Attorney for Plaintiff Daniel Sudnick

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL SUDNICK, et al., )<br>)<br>   Plaintiff, )<br>)<br>      v. )<br>)<br>DEPARTMENT of DEFENSE and )<br>JOHN A. SHAW )<br>)<br>   Defendants. )<br>_____) | Civil Action No.<br>06-00654 (ESH) |

### ORDER

Upon the parties' Joint Motion to Extend Discovery Deadline Due to Good Faith Settlement Negotiations, it is hereby

ORDERED that the motion is granted; and it is further

ORDERED that the parties' time to complete discovery is extended through and including May 3, 2008.

Dated: _____

ELLEN S. HUVELLE
UNITED STATES DISTRICT JUDGE