UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DANIEL SUDNICK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. |
| | ) | 06-00654 (ESH) |
| | ) | |
| DEPARTMENT of DEFENSE and | ) | |
| JOHN A. SHAW, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**JOINT MOTION TO DISMISS AMENDED COMPLAINT WITHOUT**

**PREJUDICE DUE TO GOOD FAITH SETTLEMENT DISCUSSIONS**

Plaintiff Daniel Sudnick and Defendant Department of Defense ("DoD"), through undersigned counsel, hereby jointly move to dismiss the Amended Complaint, without prejudice, for a period of forty-five (45) days from the date of entry of the Court's order of dismissal, so as to allow the parties either to conclude good faith settlement discussions and enter the settlement with the Court within the 45 days, or if no settlement is concluded, then to reinstate within the 45 days.

Plaintiff Sudnick and Defendant DoD jointly expressly request that the Court provide in the order of dismissal that the applicable statute of limitations shall be tolled as to all of Plaintiff Sudnick's remaining Privacy Act claims, such that, upon reinstatement of the case, no statute of limitations defense shall either be raised or act as a bar to Plaintiff Sudnick maintaining his remaining Privacy Act claims against DoD. A proposed order to this effect is attached.

Plaintiff Sudnick and Defendant DoD note to the Court that a Status Conference in this case is set for Monday, 2 June 2008. In light of the foregoing request for dismissal without prejudice, Plaintiff and Defendant jointly request that the Status Conference be taken off calendar.

Respectfully submitted,

Dated: 30 May 2008

           /s/
Timothy B. Mills
D.C. Bar No. 425209
Maggs & McDermott LLC
910 17th Street, N.W. Suite 800
Washington, D.C. 20006
(202) 457-8090
Attorneys for Plaintiff Daniel Sudnick

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

           /s/
ELIZABETH J. SHAPIRO
CARLOTTA P. WELLS
Attorneys
U.S. Department of Justice, Civil Division
Federal Programs Branch, Rm. 7150
20 Massachusetts Avenue, N.W.
Washington, DC 20530
(202) 514-4522
Attorneys for Defendant
Department of Defense

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DANIEL SUDNICK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. |
| | ) | 06-00654 (ESH) |
| | ) | |
| DEPARTMENT of DEFENSE and | ) | |
| JOHN A. SHAW, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff Daniel Sudnick and Defendant Department of Defense's joint motion for dismissal without prejudice for a period of forty-five (45) days, it is hereby:

ORDERED that the motion is granted, and it is

FURTHER ORDERED that the statute of limitations applicable to Plaintiff's remaining claims against Defendant DoD in this action (the "Action") is tolled during the dismissal without prejudice and throughout any subsequent reinstatement of the Action;

FURTHER ORDERED that the defense of the applicable statute of limitations shall not be raised by or be available to Defendant DoD following any reinstatement of the Action; and

FURTHER ORDERED that Plaintiff Sudnick's remaining claims against Defendant DoD in this Action now be dismissed without prejudice to the Action being reinstated within a period of forty-five (45) either for purposes of: (1) the parties entering settlement of the

-3-

-4-

Action with the Court, should the parties conclude settlement within such time; or (2) the

Action being reinstated should the parties fail to conclude settlement, within such time.


Dated: ____  _____ 2008            _____
                                     ELLEN S. HUVELLE
                                     UNITED STATES DISTRICT JUDGE