UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL SUDNICK, et al., )<br>)<br>   Plaintiff, )<br>)<br>        v. )<br>)<br>DEPARTMENT of DEFENSE and )<br>JOHN A. SHAW )<br>)<br>   Defendants. )<br>_____ ) | Civil Action No.<br>06-00654 (ESH) |

**JOINT SUPPLEMENTAL MOTION TO EXTEND
TIME FOR CONSUMMATION OF SETTLEMENT**

For the reasons set forth below, Plaintiff Daniel Sudnick and Defendant Department of Defense ("DoD") (collectively, the "Parties"), through undersigned counsel, hereby jointly move to extend the time under the Court's July 14, 2008 minute order for consummating settlement by an additional twenty-one (21) days, from the present date of Thursday, August 28, 2008 to Thursday, September 18, 2008.

The reasons for the motion are as follows:

1.  The Court's July 14, 2008 Minute Order granting the Joint Motion for Extension of Time provided that:

MINUTE ORDER granting [61] the Joint Motion for Extension of Time. The Court's dismissal of this action without prejudice shall be extended for an additional 45 days, through August 28, 2008. Should counsel fail to move to reopen the case within this period, the matter shall, without further order, stand dismissed with prejudice.

*See* Docket, Minute Order dated July 14, 2008.

2.  During the past 45 days, the Parties have progressed the settlement to the point where the final language of the settlement agreement and stipulated dismissal has been presented

to the Department of Defense (DoD) officials for approval. It is expected that such approval will be given within the next week, and the final settlement documents can be executed within seven (7) days thereafter. The process of reaching this point has been delayed somewhat by complicated schedules within DoD; thus, the additional time sought by this joint motion is merited and needed by the parties to conclude the settlement.

## CONCLUSION

For the foregoing reasons, the parties respectfully request the Court to extend time for consummation of settlement until Thursday, September 18, 2008.

A proposed order is attached.

Dated: August 28, 2008

Respectfully submitted,

_____/s/_____
Timothy B. Mills
D.C. Bar No. 425209
Maggs & McDermott LLC
910 17th Street, N.W. Suite 800
Washington, D.C. 20006
(202) 457-8090
Attorneys for Plaintiff Daniel Sudnick

GREGORY A. KATSAS
Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

_____/s/_____
ELIZABETH J. SHAPIRO
CARLOTTA P. WELLS
Attorneys
U.S. Department of Justice, Civil Division
Federal Programs Branch, Rm. 7150
20 Massachusetts Avenue, N.W.
Washington, DC 20530

(202) 514-4522
Attorneys for Defendant
Department of Defense

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL SUDNICK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | 06-00654 (ESH) |
| ) | |
| DEPARTMENT of DEFENSE, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

[PROPOSED] ORDER

Upon consideration of Plaintiff Daniel Sudnick and Defendant Department of Defense's joint motion to extend time for consummation of settlement for an additional period of twenty-one (21) days (through Thursday, September 18, 2008), it is hereby:

ORDERED that the Joint Motion for Extension of time is granted; and it is

FURTHER ORDERED that the Court's dismissal of this action without prejudice shall be extended for an additional 21 days, through September 18, 2008. Should counsel fail to move to reopen the case within this period, the matter shall, without further order, stand dismissed with prejudice.

Dated: ____ August 2008         _____

                                ELLEN S. HUVELLE
                                UNITED STATES DISTRICT JUDGE